**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:94cr27-MHT** |
| | ) | **(WO)** |
| **McHENRY FRITZ BELIN** | ) | |

**ORDER**

Upon consideration of the government's motion to dismiss the indictment, and for good cause shown, it is ORDERED, ADJUDGED, and DECREED that the motion (Doc. 17) is granted, and the indictment (Doc. 3) is dismissed.

DONE, this the 27th day of June, 2024.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**